IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CHRISTOPHER HENSON**                                                                     **PLAINTIFF**

**v.**                    **CASE NO. 3:24-CV-00004-BSM**

**TRINITYRAIL MAINTENANCE**
**SERVICES, INC.**                                                               **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 15th day of May, 2025.

_____
UNITED STATES DISTRICT JUDGE